JEAN E. WILLIAMS
United States Department of Justice
Deputy Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98155
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

*Counsel for Federal Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
### PENDLETON DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, OREGON WILD, THE SIERRA CLUB, AND GREAT OLD BROADS FOR WILDERNESS,<br><br>Plaintiffs,<br><br>v.<br><br>SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>Federal Defendants,<br><br>and<br><br>OCHOCO TRAIL RIDERS, OREGON MOTORCYCLE RIDERS ASSOCIATION, PACIFIC NORTHWEST 4 WHEEL DRIVE ASSOCIATION, DESCHUTES COUNTY 4 WHEELERS, and THE BLUERIBBON COALITION,<br><br>Defendant-Intervenors | Case No. 2:17-cv-1004-SU (Lead Case)<br>Case No. 2:17-cv-1091-SU (Trailing Case)<br>Case No. 2:17-cv-1366-SU (Trailing Case)<br><br><br>**JOINT STATUS REPORT** |

In response to the parties' joint status report dated October 4, 2019, (ECF No. 134), the Court ordered the parties in cases 2:17-cv-1004 and 2:17-cv-1366 to file stipulated settlement agreements or another joint status report and schedule for further proceedings on the plaintiffs' fees applications on or before November 8, 2019.  ECF No. 136.  The parties provide this joint status report in response to that Order.

As noted in previous joint status reports, the parties in Case Nos. 2:17-cv-1004 and 2:17-cv-1366 have reached proposed settlements that are subject to Federal Defendants obtaining final settlement authority from the responsible officials at the Departments of Justice and Agriculture. The process to obtain such authority is underway and is nearing completion.  As a result, the parties to those two cases respectfully request that the stay of proceedings on the applications for fees and costs by the Plaintiffs in those two cases remain in effect.  If the parties in those cases have not filed stipulated settlement agreements by December 6, 2019, they propose to file another joint status report providing an update on the status of the approval process on that date.

Respectfully submitted, November 8, 2019,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

TAYLOR FERRELL
Natural Resources Section

*Joint Status Report*                                                                                              1

BRIENA L. STRIPPOLI
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street NE
Washington, D.C. 20001
(202) 305-0874 (Ferrell)
(202) 305-0339 (Strippoli)
taylor.ferrell@usdoj.gov
briena.strippoli@usdoj.gov

*Counsel for Federal Defendants*

*/s/ Susan Jane Brown  (by SMP w/consent)*
Susan Jane Brown (OSB # 054607)
Western Environmental Law Center
4107 NE Couch Street
Portland, Oregon 97232
Ph: (503) 680-5513
brown@westernlaw.org

*Counsel for Plaintiffs WEG, et al.*

*/s/ R. Soctt Jerger (by SMP w/consent)*
R. Scott Jerger (OSB #023377)
Field Jerger LLP
621 SW Morrison Street, Suite 1225
Portland, Oregon 97205
(503) 228-9115
scott@fieldjerger.com

*Counsel for Plaintiff OHA*