JEAN E. WILLIAMS
United States Department of Justice
Deputy Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW
TAYLOR FERRELL
Trial Attorneys
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98155
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov
taylor.ferrell@usdoj.gov

*Counsel for Federal Defendants*

Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

David H. Becker, OSB # 081507
Tel: (503) 388-9160
davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
4110 SE Hawthorne Boulevard # 168
Portland, Oregon 97214

*Attorneys for Central Oregon LandWatch*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION**

| | |
|---|---|
| CENTRAL OREGON LANDWATCH, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>Federal Defendants,<br><br>and<br><br>OCHOCO TRAIL RIDERS, OREGON MOTORCYLE RIDERS ASSOCIATION, PACIFIC NORTHWEST 4 WHEEL DRIVE ASSOCIATION, DESCHUTES COUNTY 4 WHEELERS, and THE BLUERIBBON COALTION,<br><br>Defendant-Intervenors | Case No. 2:17-cv-1004-SU (Lead Case)<br>*Case No. 2:17-cv-1091-SU (Trailing Case)*<br>Case No. 2:17-cv-1366-SU (Trailing Case)<br><br><br><br>**JOINT MOTION TO STAY DEADLINE FOR OBJECTIONS TO F&R [ECF NO. 162]** |

Plaintiff and Federal Defendants jointly request a stay of the October 5, 2020, deadline for objections to the Findings and Recommendation (F&R) issued by Magistrate Judge Sullivan on August 7, 2020, as follows:

1. Objections to the F&R were initially due on August 21, 2020. *See* ECF No. 162.

2. On August 18, 2020, the Court granted Federal Defendants' request to extend that deadline until October 5, 2020. ECF No. 165.

3. Since that time, the parties have conferred about the possibility of settling this matter rather than filing objections to the F&R.

4. Due to the schedule of Plaintiff's counsel as well as the process required to approve a proposed settlement by Federal Defendants, any resolution of this matter cannot be accomplished on or before October 5, 2020.

5. The parties agree that the most efficient path forward would be to stay the deadline by which objections to the F&R are due.

6. The parties propose that they file a joint status report on or before November 2, 2020.

Respectfully submitted, September 17, 2020.

JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE

*Joint Mot. to Stay Deadline - 1*

Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

TAYLOR FERRELL
Natural Resources Section
BRIENA L. STRIPPOLI
Wildlife and Marine Resources Section
4 Constitution Square
150 M Street NE
Washington, D.C. 20001
(202) 305-0874 (Ferrell)
(202) 305-0339 (Strippoli)
taylor.ferrell@usdoj.gov
briena.strippoli@usdoj.gov

*Counsel for Federal Defendants*


/s/ Oliver J.H. Stiefel
Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

David H. Becker, OSB # 081507
Tel: (503) 388-9160
davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
4110 SE Hawthorne Boulevard # 168
Portland, Oregon 97214

*Attorneys for Central Oregon LandWatch*

*Joint Mot. to Stay Deadline - 2*