PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

SHAUN M. PETTIGREW
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98155
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

*Counsel for Federal Defendants*

Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

David H. Becker, OSB # 081507
Tel: (503) 388-9160
davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
4110 SE Hawthorne Boulevard # 168
Portland, Oregon 97214

*Attorneys for Central Oregon LandWatch*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PENDLETON DIVISION

| | |
|---|---|
| CENTRAL OREGON LANDWATCH, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor; GLENN CASAMASSA**[1]**, in his official capacity as Regional Forester for Region 6; and UNITED STATES FOREST SERVICE,<br><br>Federal Defendants,<br><br>and<br><br>OCHOCO TRAIL RIDERS, OREGON MOTORCYLE RIDERS ASSOCIATION, PACIFIC NORTHWEST 4 WHEEL DRIVE ASSOCIATION, DESCHUTES COUNTY 4 WHEELERS, and THE BLUERIBBON COALTION,<br><br>Defendant-Intervenors | Case No. 2:17-cv-1004-SU (Lead Case)<br>***Case No. 2:17-cv-1091-SU (Trailing Case)***<br>Case No. 2:17-cv-1366-SU (Trailing Case)<br><br><br><br>**THIRD JOINT STATUS REPORT** |

---

[1] Substituted pursuant to FED R. CIV. P. 25(d) for James M. Peña.

On September 17, 2020, Plaintiff Central Oregon LandWatch and Federal Defendants jointly moved to stay the deadline to object to the Findings and Recommendations issued by Magistrate Judge Sullivan, ECF No. 162, addressing Plaintiff's Amended Motion for Attorney Fees, Costs, and Other Expenses, ECF No. 137.  In a joint status report dated November 2, 2020, the parties noted that they had reached a proposed settlement, but that the settlement required approval by the relevant authorizing officials within the Departments of Agriculture and Justice. ECF No. 168.  Progress continues to be made on the process for obtaining such approval, but it has not yet completed.  If the parties have not filed a stipulated settlement agreement by February 11, 2021, they propose to file another joint status report providing an update on the status of the approval process on that date.

Respectfully submitted, this 12th day of January, 2021.

PAUL E. SALAMANCA
Deputy Assistant Attorney General
Environment & Natural Resources Division


/s/ Shaun M. Pettigrew
SHAUN M. PETTIGREW
Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

TAYLOR N. FERRELL
Natural Resources Section
Ben Franklin Station
P.O. Box 7611

*Joint Status Report*                                                                                      *- 1*

Washington, D.C. 20044
(202) 305-0874
taylor.ferrell@usdoj.gov

*Counsel for Federal Defendants*


*/s/ Oliver J.H. Stiefel*

Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

David H. Becker, OSB # 081507
Tel: (503) 388-9160
davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
4110 SE Hawthorne Boulevard # 168
Portland, Oregon 97214

*Attorneys for Central Oregon LandWatch*