PAUL E. SALAMANCA
United States Department of Justice
Deputy Assistant Attorney General
Environment & Natural Resources Division

SHAUN M. PETTIGREW
TAYLOR FERRELL
Trial Attorneys
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98155
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov
taylor.ferrell@usdoj.gov

*Counsel for Federal Defendants*

Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

David H. Becker, OSB # 081507
Tel: (503) 388-9160
davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
4110 SE Hawthorne Boulevard # 168
Portland, Oregon 97214

*Attorneys for Central Oregon LandWatch*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION**

| | |
|---|---|
| CENTRAL OREGON LANDWATCH, an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor; and UNITED STATES FOREST SERVICE, <br><br> Federal Defendants, <br><br> and <br><br> OCHOCO TRAIL RIDERS, OREGON MOTORCYLE RIDERS ASSOCIATION, PACIFIC NORTHWEST 4 WHEEL DRIVE ASSOCIATION, DESCHUTES COUNTY 4 WHEELERS, and THE BLUERIBBON COALTION, <br><br> Defendant-Intervenors | Case No. 2:17-cv-1004-SU (Lead Case) <br> ***Case No. 2:17-cv-1091-SU (Trailing Case)*** <br> Case No. 2:17-cv-1366-SU (Trailing Case) <br><br><br> **JOINT STATUS REPORT** |

Plaintiff and Federal Defendants filed a Stipulated Settlement and Release on February 4, 2021. ECF No. 173 (in lead case 17-1004). The Settlement and Release provides for Plaintiff to supply electronic funds transfer information to Federal Defendants and for Federal Defendants to make a payment as contemplated in the agreement. ECF No. 173 ¶¶ 1, 3. After Plaintiff receives the payment, the parties will file a joint stipulation asking this Court to vacate the August 21, 2020 Findings and Recommendations (ECF No. 162). ECF No. 173 ¶ 5.

Plaintiff and Federal Defendants have begun performance under the Settlement and Release, and anticipate that the payment process may take up to 60 days. The parties propose that they file a further joint status report on or before April 5, 2021, if they have not filed the joint stipulation specified in the Settlement and Release before that date.

Respectfully submitted, February 5th, 2021.

>PAUL E. SALAMANCA
>Deputy Assistant Attorney General
>Environment & Natural Resources Division
>
>*/s/ Shaun M. Pettigrew*
>SHAUN M. PETTIGREW
>Trial Attorney, Natural Resources Section
>c/o NOAA, Damage Assessment
>7600 Sand Point Way, NE
>Seattle, WA 98115
>Phone: (206) 526-6881
>shaun.pettigrew@usdoj.gov
>
>TAYLOR FERRELL
>Natural Resources Section
>4 Constitution Square
>150 M Street NE
>Washington, D.C. 20001
>(202) 305-0874 (Ferrell)
>(202) 305-0339 (Strippoli)
>taylor.ferrell@usdoj.gov
>
>*Counsel for Federal Defendants*

*Joint Status Report - 1*

/s/ *Oliver J. H. Stiefel*
Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

David H. Becker, OSB # 081507
Tel: (503) 388-9160
davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
4110 SE Hawthorne Boulevard # 168
Portland, Oregon 97214

*Attorneys for Central Oregon LandWatch*

*Joint Status Report - 2*