JEAN E. WILLIAMS
Acting Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

SHAUN M. PETTIGREW
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98155
Phone: (206) 526-6881
shaun.pettigrew@usdoj.gov

*Counsel for Federal Defendants*

Oliver J. H. Stiefel, OSB # 135436
Tel: (503) 227-2212
oliver@crag.org
Crag Law Center
3141 E Burnside Street
Portland, Oregon 97214
Fax: (503) 296-5454

David H. Becker, OSB # 081507
Tel: (503) 388-9160
davebeckerlaw@gmail.com
Law Office of David H. Becker, LLC
4110 SE Hawthorne Boulevard # 168
Portland, Oregon 97214

*Attorneys for Central Oregon LandWatch*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## PENDLETON DIVISION

| | |
|---|---|
| CENTRAL OREGON LANDWATCH, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHANE JEFFRIES, in his official capacity as Ochoco National Forest Supervisor; GLENN CASAMASSA, in his official capacity as Regional Forester for Region 6; and UNITED STATES FOREST SERVICE,<br><br>Federal Defendants,<br><br>and<br><br>OCHOCO TRAIL RIDERS, OREGON MOTORCYLE RIDERS ASSOCIATION, PACIFIC NORTHWEST 4 WHEEL DRIVE ASSOCIATION, DESCHUTES COUNTY 4 WHEELERS, and THE BLUERIBBON COALTION,<br><br>Defendant-Intervenors | *Case No. 2:17-cv-1004-SU (Lead Case)*<br>Case No. 2:17-cv-1091-SU (Trailing Case)<br>Case No. 2:17-cv-1366-SU (Trailing Case)<br><br><br><br>**ORDER** |

1 – ORDER

On August 7, 2020, Magistrate Judge Sullivan issued a Findings and Recommendation (F&R), ECF No. 162, addressing Plaintiff's Amended Motion for Attorney Fees, Costs, and Other Expenses, ECF No. 137.  *See Central Or. Landwatch v. Jeffries*, Civ. Nos. 2:17-cv-01004-SU, 2:17-cv-01091-SU, 2:17-cv-01366-SU, 2020 WL 8172994 (D. Or. Aug. 7, 2020). Following extensions of the deadline to object to the F&R, the parties filed a Stipulated Settlement Agreement and Release (Settlement Agreement) on February 4, 2021.  ECF No. 173. Paragraph 2 of the Settlement Agreement provides that following payment under the terms of the Settlement Agreement, the parties "will jointly request that the Court enter an order vacating the F&R, pursuant to Paragraph 5."  *Id.* ¶ 2.  Paragraph 5 provides that "[w]ithin fifteen (15) calendar days after Crag Law Center's receipt of the payment described in Paragraphs 1 and 3 of this Agreement, the parties will file a joint stipulation requesting that the Court vacate the F&R."  *Id.* ¶ 5.

This matter having come before the Court on the request of the parties, and the Court being duly informed of the above provisions in the Settlement Agreement entered by the parties to this matter, the parties' Joint Motion and Stipulation to Vacate Findings and Recommendation (ECF No. 175) is **GRANTED**, and **NOW THEREFORE IT IS ORDERED** that the F&R entered as ECF No. 162 is hereby vacated.

DATE:   March 16, 2021

                                                        Hon. Marco A. Hernández
                                                        U.S. District Judge